UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SEAN LAMONT WYATT,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BRIAN BIRKHOLZ, Warden,<br><br>　　　　　Respondent. | Case No. 2:25-cv-05077-SSS-JDE<br><br>ORDER ACCEPTING AMENDED REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus by Person in Federal Custody Under 28 U.S.C. § 2241 (Dkt. No. 1, "Petition") filed by Sean Lamont Wyatt ("Petitioner"), the "Emergency Amendment[s]" filed by Petitioner (Dkts. No. 5, 10, 13), Motion to Dismiss the Petition filed by Respondent (Dkt. No. 14, "Motion"), the prior Report and Recommendation of the assigned magistrate judge (Dkt. No. 18, "Prior Report"), the Objection to the Prior Report filed by Petitioner (Dkt. No. 20), and the operative Amended Report and Recommendation of the magistrate judge ("Report"). No party filed a timely objection to the Report. The Court accepts the findings and recommendation of the magistrate judge.

1 | IT IS THEREFORE ORDERED that Judgment shall be entered denying the Petition and dismissing this action without prejudice.

Dated: October 27, 2025

_____
SUNSHINE SUZANNE SYKES
United States District Judge