JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SEAN LAMONT WYATT,<br><br>Petitioner,<br><br>v.<br><br>BRIAN BIRKHOLZ, Warden,<br><br>Respondent. | Case No. 2:25-cv-05077-SSS-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting Amended Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that the Petition is denied and this action is dismissed without prejudice.

Dated: October 27, 2025

SUNSHINE SUZANNE SYKES
United States District Judge